NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

In Re **WENTAO ZHU, DAGUANG XU, ANDRIY MYRONENKO, ZIYUE XU,**
*Appellants*

2024-1558

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 16/540,717.

**ON MOTION**

Before PROST, TARANTO, and HUGHES, *Circuit Judges.*

TARANTO, *Circuit Judge.*

## O R D E R

Upon consideration of the unopposed motion of the Director of the United States Patent and Trademark Office to remand this case to permit further proceedings before the agency "to resolve issues in the Board's decision," ECF No. 15 at 1,

IT IS ORDERED THAT:

(1) The motion is granted. The case is remanded to the agency for further proceedings consistent with this order.

(2)  Each side shall bear its own costs.

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

July 26, 2024
Date

ISSUED AS A MANDATE: July 26, 2024